# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-12608-AMC

ANTHONY  POLLITT

36 PROSPECT AVENUE

BRYN MAWR, PA 19010-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANTHONY  POLLITT

36 PROSPECT AVENUE

BRYN MAWR, PA 19010-

Counsel for debtor(s), by electronic notice only.

GEORGE R TADROSS
TADROSS LAW
128 CHESTNUT ST., SUITE 204
PHILADELPHIA, PA 19106-

Date: 8/20/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee