**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Anthony Pollitt,<br>          Debtor<br><br>The Bank of New York Mellon As Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A<br>          Movant<br><br>Anthony Pollitt<br>          Debtor/Respondent<br><br>William C. Miller, Esquire<br>          Trustee/Respondent | CASE NO.: 19-12608-amc<br><br>CHAPTER 13<br><br><br><u>Confirmation Hearing</u>:<br>August 27, 2019, at 10:00 a.m. |

**<u>PRAECIPE TO WITHDRAW</u>**

      **PLEASE TAKE NOTICE THAT**, on behalf of The Bank of New York Mellon As Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A, the undersigned hereby withdraws the following document:

      **Docket Entry #23 - Objection to Confirmation of Debtors' Chapter 13 Plan, filed on June 20, 2019.**

Respectfully Submitted,

**RAS CRANE, LLC.**

By: /S/ Lauren Berschler Karl
    Lauren Berschler Karl, Esquire
    Id. No. 88209
    P.O. Box 305
    Ingomar, PA 15127
    Telephone: 973-575-0707 X 1340
    Facsimile: 973-404-8886
    lkarl@rascrane.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Anthony Pollitt,<br>          Debtor<br><br>The Bank of New York Mellon As Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A<br>          Movant<br><br>Anthony Pollitt<br>                    Debtor/Respondent<br><br>William C. Miller, Esquire<br>                    Trustee/Respondent | CASE NO.: 19-12608-amc<br><br>CHAPTER 13<br><br><br>Confirmation Hearing:<br>August 27, 2019, at 10:00 a.m. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2019, I electronically filed the foregoing Praecipe to Withdraw with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

GEORGE R. TADROSS, ESQUIRE
TADROSS LAW
128 CHESTNUT STREET, SUITE 204
PHILADELPHIA, PA 19106

ANTHONY POLLITT
36 PROSPECT AVENUE
BRYN MAWR, PA 19010

WILLIAM C. MILLER, ESQUIRE
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

Respectfully Submitted,

RAS CRANE, LLC.

By: /S/ Lauren Berschler Karl
     Lauren Berschler Karl, Esquire
     ID No. 88209
     P.O. Box 305
     Ingomar, PA 15127
     Telephone: 973-575-0707 X 1340
     Facsimile: 973-404-8886
     lkarl@rascrane.com