# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Anthony Pollitt  

        Debtor.

Case No.: 19-12608-amc  
Chapter 13

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Anthony Pollitt, by his attorney, has filed an Objection to the Proof of Claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the Court to change or eliminate your claim**, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashley M Chan, in Courtroom No. 4, on October 15, 2019 at 11:00 am at Robert Nix Federal Courthouse, 900 Market Street, Philadelphia PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing to contest the objection to your claim,** you must notify the person listed below at least 7 days before the hearing date. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: September 10, 2019

/s/ George R Tadross_____

George R Tadross, Esquire  
128 Chestnut Street, Suite 204  
Philadelphia, PA 19106  
215-500-5000 (phone)  
267-885-2377 (fax)  
Attorney for Debtor