# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Anthony Pollitt

Debtor.

Case No.: 19-12608-amc  
**Chapter 13**

## ORDER

**AND NOW**, this 15th day of October, 2019, upon consideration of the Objection to Proof of Claim filed by Debtor's attorney and any answer filed thereto, and after a hearing, it is

**ORDERED,** that proof of claim No. #2 of LVNV Funding LLC is hereby stricken.

_____  
Ashely M. Chan  
UNITED STATES BANKRUPTCY JUDGE