```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-12608-amc
Anthony Pollitt                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia            Page 1 of 1         Date Rcvd: Oct 15, 2019
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db             +Anthony Pollitt,    36 Prospect Avenue,    Bryn Mawr, PA 19010-2605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              GEORGE R. TADROSS    on behalf of Debtor Anthony  Pollitt gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com;robin@tadrosslaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A, bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee
               for Nationstar Home Equity Loan Trust 2009-A, lkarl@rascrane.com,   lbkarl03@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Anthony Pollitt

Debtor.

Case No.: 19-12608-amc  
Chapter 13

## ORDER

**AND NOW**, this 15th day of October, 2019, upon consideration of the Objection to Proof of Claim filed by Debtor's attorney and any answer filed thereto, and after a hearing, it is

**ORDERED,** that proof of claim No. #2 of LVNV Funding LLC is hereby stricken.

_____  
Ashely M. Chan  
UNITED STATES BANKRUPTCY JUDGE