**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                         Chapter 13

                                         Bankruptcy No. 19-12608-AMC

ANTHONY  POLLITT

36 PROSPECT AVENUE

BRYN MAWR, PA 19010-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANTHONY  POLLITT

    36 PROSPECT AVENUE

    BRYN MAWR, PA 19010-

Counsel for debtor(s), by electronic notice only.

    GEORGE R TADROSS
    TADROSS LAW
    128 CHESTNUT ST., SUITE 204
    PHILADELPHIA, PA 19106-

Date: 11/7/2019

                                                  /S/ William C. Miller
                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee