## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Anthony Pollitt | |
| Debtor(s) | |
| | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) | |
| Movant | |
| vs. | NO. 19-12608 AMC |
| Anthony Pollitt | |
| Debtor(s) | |
| William C. Miller Esq. | 11 U.S.C. Section 362 |
| Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Filed  Proof of Claim; Claim no. 03 of U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), which was filed with the Court on or about **September 20, 2019**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

November 12, 2019