**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
ANTHONY POLLITT

Chapter 13

Debtor

Bankruptcy No. 19-12608-AMC

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: January 14, 2020

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
GEORGE R TADROSS  
TADROSS LAW  
128 CHESTNUT ST., SUITE 204  
PHILADELPHIA, PA 19106-

Debtor:  
ANTHONY POLLITT

36 PROSPECT AVENUE

BRYN MAWR, PA 19010-